ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tatitlek Construction Services, Inc. | ) ASBCA No. 63863 |
| | ) |
| Under Contract No. W912BV-17-C-0012 | ) |

APPEARANCES FOR THE APPELLANT:       Michael Hassett, Esq.
                                                          Michael Jackson, Esq.
                                                            Harrison Steck, P.C.
                                                            Fort Worth, TX

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                            Engineer Chief Trial Attorney
                                                          Matthew R. Watson, Esq.
                                                          Thomas E. Rogers, V, Esq.
                                                            Engineer Trial Attorneys
                                                            U.S. Army Engineer District, Tulsa

OPINION BY ADMINISTRATIVE JUDGE HAMADY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $800,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from May 21, 2026, until date of payment.

Dated: March 11, 2026

_____
ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63863, Appeal of Tatitlek Construction Services, Inc., rendered in conformance with the Board's Charter.

Dated: March 12, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2